Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VARTAN DIXON,<br><br>                   Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, WASHINGTON SEATTLE CITY LIGHT, and 3 "John Doe" employees or former employees of the City of Seattle,<br><br>                   Defendants. | No.   C20-1838-RSM<br><br>**COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN AS REQUIRED BY FRCP 26(F) AND LCR 26(F)** |

Pursuant to the Court's January 8, 2021 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, the parties submit the following Joint Status Report and Discovery Plan:

1.    <u>Nature and Complexity of the Case</u>: Plaintiff Vartan Dixon initially alleged in state court pleadings that Defendant City of Seattle, Seattle City Light, violated 42 U.S.C. §§ 1981 and 1983, but he has a pending Motion before this Court for leave to file a First Amended Complaint dismissing those claims. Plaintiff also alleges race discrimination and retaliation in violation of the Washington Law Against Discrimination (RCW 49.60.010, et seq) and Seattle Municipal Code (SMC 14.04.010, et seq), as well as common law claims for negligence, intentional infliction of

COMBINED JOINT STATUS REPORT AND DISCOVERY
PLAN AS REQUIRED BY FRCP 26(F) AND LCR 26(F)
(C20-1838-RSM) - 1

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

emotional distress and negligent infliction of emotional distress.  Defendant City of Seattle (the "City") denies wrongdoing and further denies Plaintiff is entitled to relief or damages for the asserted claims.

The parties agree the issues in this case are of standard complexity.

Plaintiff's motion to amend the complaint to drop his federal claims is currently pending.

2. <u>Proposed Deadline for Joining Additional Parties:</u> Plaintiff has filed a motion for leave to amend the complaint to remove the federal claims and to remand this case back to state court.  The City does not object to the amendment to the complaint, but requests dismissal of this case.  The Parties do not anticipate joining any additional parties however Plaintiff included "John Doe" parties whose potential inclusion would depend on discovery.

3. <u>Agreement to Magistrate Judge:</u> The parties do not agree to the use of a Magistrate Judge.

4. <u>Related Cases:</u> No related cases currently exist before this Court or in another jurisdiction.  However, this case was originally filed Pro Se in state court, was removed from state court by Defendants, and plaintiff currently has a motion pending seeking remand back to state court.

5. <u>Initial Disclosures:</u> The parties exchanged initial disclosures on February 12, 2021. Plaintiff produced documents Bates numbered 000001-001395.  The City produced documents Bates numbered 000007-001792.  The exchange of initial disclosures was timely under the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement.

6. <u>Expert and Pretrial Disclosures:</u> The parties do not propose any changes to the timing or form of expert and pretrial disclosures under FRCP 26(a)(2)-(4).

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN AS REQUIRED BY FRCP 26(F) AND LCR 26(F) (C20-1838-RSM) - 2

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

7. <u>Subjects, Timing, and Potential Phasing of Discovery:</u> The parties anticipate that discovery in this case will follow the standard course with no need for specific phasing, limiting of subjects or extended time periods. The parties agree that the limitations placed on discovery by the Federal Rules of Civil Procedure do not need to be expanded or contracted in this matter. The parties will endeavor to exchange discovery information and documents efficiently to minimize expense. The parties have agreed to accept discovery and correspondence electronically. The parties do anticipate having discussions regarding the scope of confidential material for a stipulated protective order.  Because of Plaintiff's pending motion to remand this case to state court, the parties do not currently anticipate requesting entry of a stipulated protective order in this forum.

8. <u>Agreements or Issues Related to the Preservation of Discoverable Information:</u> The parties agree to preserve all discoverable information, including electronically stored information.

9. <u>Electronically Stored Information:</u> The parties agree to preserve electronically stored information.

10. <u>Privilege:</u> The parties do not anticipate that this case will involve unique claims of privilege or work product protection, but do recognize that because both Plaintiff and the City were obtaining legal advice for years before this lawsuit was filed, there may well be more attorney-client privileged material or work product material than is usual in this type of lawsuit.

11. <u>Inadvertent Disclosure of Privileged Information:</u> The parties recognize the importance of privilege and will cooperate in the return and destruction of privileged information should an inadvertent disclosure occur.

12. <u>Changes on Limitations to Discovery:</u> The parties do not propose any limitations above and beyond the limitations already provided by the Federal Rules of Civil Procedure.

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN AS REQUIRED BY FRCP 26(F) AND LCR 26(F) (C20-1838-RSM) - 3

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

13. <u>Date by Which Discovery Can be Completed:</u> Because of Plaintiff's pending motion to amend the complaint to remove federal claims and remand this case back to state court, the parties believe that a discovery cutoff date should be set after the forum for litigation is settled.

14. <u>Suggestions for Prompt and Efficient Resolution:</u> The parties intend to litigate this case in a prompt and efficient manner and as noted below are willing to continue to engage in alternative dispute resolution prior to trial. The parties do not anticipate the need for bifurcation of liability and damages issues at this time.

15. <u>Alternative Dispute Resolution:</u> The parties have twice attempted to resolve these claims through mediation, using two different mediators in December 2019 and August 2020, but have not been able to resolve the claims. The parties are open to further settlement discussions as the case progresses. This case is appropriate for alternative dispute resolution pursuant to local rule 39.1. The parties do not agree to the individualized trial program set forth in LCR 39.2.

16. <u>Month Ready for Trial:</u> Because of Plaintiff's pending motion to amend the complaint to remove federal claims and remand this case back to state court, the parties believe that a trial date should be set after the forum for litigation is settled.

17. <u>Jury or Non-Jury:</u> No Jury Demand has been filed.

18. <u>Number of Trial Days Required:</u> See answer to #16 above.

19. <u>FRCP 7.1 and LCR 7.1 Disclosures:</u> There is no nongovernmental corporate party in this matter.

DATED this 19th day of February, 2021.

MANN & KYTLE, PLLC

By: *s/ Mary Ruth Mann*
Mary Ruth Mann, WSBA #9343

PETER S. HOLMES
Seattle City Attorney

By: *s/ Katrina R. Kelly*
KATRINA R. KELLY, WSBA #28435

COMBINED JOINT STATUS REPORT AND DISCOVERY
PLAN AS REQUIRED BY FRCP 26(F) AND LCR 26(F)
(C20-1838-RSM) - 4

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| | |
|---|---|
| Mann & Kytle<br>200 1st Ave W Ste 550<br>Seattle, WA 98119-4384<br>Ph: (206) 587-2700<br>Fax: (206) 587-0262<br><br>Attorneys for Plaintiff<br>Vartan Dixon<br><br>*(authorization to sign obtained)* | SARAH L. LEE, WSBA #27364<br>Assistant City Attorneys<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104-7095<br>Ph: (206) 684-8200<br>Fax: (206) 684-8284<br>katrina.kelly@seattle.gov<br>sarah.lee@seattle.gov<br><br>Attorneys for Defendant<br>City of Seattle, Seattle City Light |

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN AS REQUIRED BY FRCP 26(F) AND LCR 26(F) (C20-1838-RSM) - 5

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200